# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | No. 1:15-cr-00238 |
| v. | : | |
| | : | (Judge Kane) |
| **MICHAEL ANTHONY RIDGEWAY** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW,** on this 22nd day of August 2016, **IT IS HEREBY ORDERED THAT** Defendant Michael Ridgeway's motion to suppress evidence under the Fourth Amendment to the United States Constitution (Doc. No. 25), is **DENIED**.

**IT IS FURTHER ORDERED THAT** Defendant Michael Ridgeway's supplemental motion to suppress statements pursuant to the Fifth and Sixth Amendments to the United States Constitution (Doc. No. 30), is **GRANTED**. The following statements are hereby suppressed:

1. Defendant Michael Ridgeway's statement on February 22, 2015 at the Dauphin County Booking Center, "Damn, I knew I should have threw that crack;" and

2. All alleged statements made by Defendant Michael Ridgeway on June 30, 2015 after Defendant requested an attorney.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania